# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**LUIS A. CANO,**          Case No.    **3:11-CV-326**

    Plaintiff,

                         **Judge Timothy S. Black**

-vs-

**ABBOTT LABORATORIES, INC.,**

    Defendant.

_____

## JUDGMENT IN A CIVIL CASE
_____

    **[ ]**    **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

    **[X]**    **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of Defendant on Plaintiff's claims of discrimination as set forth in the Court's Decision and Entry Granting Defendant's Motion for Summary Judgment. (Doc. 37). The parties filed a Stipulation of Dismissal with Prejudice (Doc. 38) dismissing Plaintiff's remaining overtime compensation claims. Accordingly, because no claims remain pending, the case is **CLOSED**.

Date: April 5, 2013                                **JOHN P. HEHMAN, CLERK**

                                                     By: *s/ M. Rogers*
                                                     Deputy Clerk